. MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)      FILED IN OPEN COURT

DATE: **05/01/26** @ **12:38pm**

TAPE:   FTR

TIME IN COURT: **20 min.**

MAGISTRATE JUDGE    LAWRENCE SOMMERFELD

COURTROOM DEPUTY CLERK:   UZMA WIGGINS

CASE NUMBER: **1:26-mj-518**

DEFENDANT'S NAME: **Jorge Gonzalez-Lopez**

AUSA: **Katie Terry**

DEFENDANT'S ATTY: **Jordan Singleton**

( ) Retained      (   ) CJA      (✓) FDP      ( ) Waived

USPO / PTR: _____

✓ ARREST DATE **5/1/26**

____ Initial appearance hearing held.

____ Defendant informed of rights.

____ Interpreter sworn: **Lee Hockaday** COUNSEL

✓ ORDER appointing Federal Defender as counsel for **(Removal Only)** defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.

✓ WAIVER FILED

____ Identity hearing HELD.      ____ Def is named def. in indictment/complaint; held for removal to other district.

✓ Defendant WAIVES preliminary hearing in this district only.

✓ WAIVER FILED

____ Preliminary hearing HELD.      ____ Probable cause found; def. held to District Court for removal to other district

✓ Commitment issued. Detention hearing to be held in charging district

### BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed .      @ _____

____ Pretrial hearing set for _____ @ _____      () In charging district.)

____ Bond/Pretrial detention hearing held.

✓ Government motion for detention  ( ✓ GRANTED      (  ) DENIED

____ Pretrial detention ordered.      Written order to follow.

BOND set at _____          NON-SURETY          SURETY

_____ _____ cash          _____ property          _____ corporate surety ONLY

SPECIAL CONDITIONS:

_____ _____

_____

_____ Defendant released.

_____ Bond not executed.    Defendant to remain in Marshal's

custody.

_____ Motion    (    verbal)    to reduce/revoke bond filed.

_____ _____ Motion to reduce/revoke bond          GRANTED          DENIED

_____ _____

_____ See page 2

_____

Page 2                    Defendant: _____          Case No.: _____

_____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits          RETAINED by the Court          RETURNED to counsel

_____                    _____