FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 1 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk



## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

JORGE GONZALEZ-LOPEZ

    Defendant.

CRIMINAL ACTION FILE NO.

1:26-MJ-518

## ORDER APPOINTING COUNSEL

### JORDAN SINGLETON (REMOVAL ONLY)

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.,** is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 1st day of May, 2026

_____
Lawrence R. Sommerfeld
United States Magistrate Judge